FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JESSE ADRIAN WAGNER,   ) Case No. EDCV 09-2243-AG (RNB)
                       )
          Petitioner,  )
     vs.               )      **JUDGMENT**
                       )
FRANK X. CHAVEZ, Warden, )
                       )
          Respondent.  )
                       )
                       )
_____)

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: **SEPT 7, 2011**

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1