FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP - 7 2011

CENTRAL DISTRICT OF CALIFORNIA
BY        DEPUTY

JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE ADRIAN WAGNER,<br><br>Petitioner,<br>vs.<br>FRANK X. CHAVEZ, Warden,<br>Respondent. | Case No. EDCV 09-2243-AG (RNB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: SEPT 7, 2011

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE

1